**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DEBORAH L. BURCH,
　　　　　　　*Plaintiff-Appellant,*

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,
　　　　　　　*Defendant-Appellee.*

No. 03-15986

D.C. No.
CV-02-05427-LJO

ORDER

Filed March 7, 2005

Before: Diarmuid F. O'Scannlain, Robert E. Cowen,* and
Carlos T. Bea, Circuit Judges.

## ORDER

The request to publish the unpublished Memorandum disposition is granted. The Memorandum disposition filed January 20, 2005, is modified by deletion of the following sentence: "Because the parties are familiar with the facts, we only provide a brief recitation." So modified, the Memorandum disposition is redesignated an authored Opinion by Judge Cowen.

---

*The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.